ALB
2014R0____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

CHRISTOPHER GRIEF,
    also known as "Mookie,"

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 24 2014 ★

LONG ISLAND OFFICE

COMPLAINT

M. No. _____
(18 U.S.C. § 2252(a)(2))

835

MJ 14-1179
ALT

EASTERN DISTRICT OF NEW YORK, SS.:

        DANIELLE MESSINEO, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

        On or about and between August 9, 2012 and April 15, 2014, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant CHRISTOPHER GRIEF, also known as "Mookie," did knowingly and intentionally receive visual depictions using a means and facility of interstate and foreign commerce, which visual depictions had been mailed, shipped and transported in and affecting interstate and foreign commerce, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct and such visual depictions were of such conduct.

        (Title 18, United States Code, Section 2252(a)(2)).

        The source of my information and the grounds for my belief are as follows:[1]

---

[1] Because the purpose of this complaint is merely to establish probable cause to arrest, I

1. I have been employed as a Special Agent of the FBI since 1995, and am currently assigned to the Long Island Child Exploitation Task Force. I have substantial experience investigating cases of child exploitation, coercion and enticement and child pornography. I have gained expertise in these areas through daily work related to conducting these types of investigations and the execution of numerous search warrants, including those relating to child pornography offenses. In addition, I have consulted with other agents and law enforcement personnel who have extensive training and experience in child sexual exploitation investigations and computer forensics.

2. I am familiar with the information contained in this affidavit based on my own personal participation in the investigation, my review of documents, my training and experience, and discussions I have had with other law enforcement personnel. Additionally, statements attributable to individuals herein are set forth in sum and substance and in relevant part.

A. The Initial Investigation

3. The initial investigation, described more fully below, involved Internet-based websites referred to as "Website 21" and "Website C."[2]

Description of "Website 21"

4. "Website 21" was an online bulletin board whose primary purpose was to advertise and distribute child pornography and discuss matters pertinent to the sexual abuse of children. On or about August 2, 2013, the computer server hosting "Website 21" was seized from a web-hosting facility. The website operated on a computer server in the District of Maryland

---

have not set forth all of the facts and circumstances concerning this investigation of which I am aware.

[2] The actual names of the websites are known to law enforcement. Investigation into the users of the sites remains ongoing and disclosure of the names of the sites would potentially alert users to the fact that law enforcement action is being taken against the sites, potentially provoking users to notify other users of law enforcement action, flee, and/or destroy evidence.

from August 2, 2013, until approximately August 5, 2013, at which time "Website 21" ceased to operate. Beginning on or about August 2, 2013, law enforcement agents acting pursuant to an order of the United States District Court for the District of Maryland monitored electronic communications of users of "Website 21." Before, during, and after its seizure by law enforcement, law enforcement agents viewed, examined, and documented the contents of "Website 21."

5. A review of "Website 21" revealed numerous forums, including those entitled "Hurtcore," "Girl Images," and "Boy Images." A review of certain forums revealed, among other things, general rules for posting, instructions for registering an account, and instructions for contacting the site administrators or other staff. These instructions included using a PGP encryption key. Based on my training and experience, I believe that a PGP encryption key may be used to password-protect the contents of an email so that the contents are available only to the intended sender and recipient.

6. Further review of the various forums on "Website 21" revealed over 2,000 topics, including the topics "Bondage babies and toddler!," "Male Babies a& Toddlers,: "rape and torcher babyssssss," and "Female Babies & Toddlers." A review of these forums and topics on "Website 21," as well as the remaining forums and topics, revealed numerous posts that appeared to contain child pornography, child erotica, or text indicative of an interest in child pornography.

7. After registering an account and logging into "Website 21," law enforcement review revealed that the option to send and receive private messages became available, as well as the option to create/reply to topics/posts. Further, numerous additional forums were observed, including those entitled "Boy Images" and "Girl Videos".

Description of "Website C"

8. "Website C" is a webpage known to law enforcement as containing a list of

user ID's associated with a free, publicly available instant messaging service. The primary purpose of "Website C" is to advertise users' instant messaging service accounts and their age preferences for boys and girls. Based upon comments made by "Website C" users and my training and experience, I believe these age preferences are those of children to whom the users are sexually attracted.

9. In order to register an account on "Website C," a user enters his/her instant messaging account, along with additional information in the following sections: Nickname, Girls Preference Age Range, Boys Preference Age Range, and About Me. All of the information included in these sections is entered by the user and a user is allowed to entire his/her instant messaging service accounts more than once.

10. After registering an account on "Website C," the account is displayed under the ID section, along with the following additional sections: Name, Date, Girls, Boys. The information contained in these sections is user-entered information visible to other users by hovering over the instant messaging account ID in the ID section.

Finding and Accessing "Websites 21 and C"

11. "Websites 21 and C" operate on a computer network, hereinafter "the Network," available to Internet users that is designed specifically to facilitate anonymous communication over the Internet. In order to access that Network, a user must install computer software that is publicly available, either by downloading software to the user's existing web browser, downloading free software available from the network's administrators, or downloading a publicly-available third-party application.[3] Using the Network prevents someone attempting to

---

[3] Users may also access the Network through so-called "gateways" on the open Internet, however, use of those gateways does not provide users with the anonymizing benefits of the Network.

monitor an Internet connection from learning what sites a user visits and prevents the sites the user visits from learning the user's physical location. Because of the way the Network routes communication through other computers, traditional IP identification techniques are not viable. Websites that are accessible only to users within the Network can also be set up within the Network. "Websites 21 and C" are just such websites. A user could only reach websites like "Websites 21 and C" if the user is operating in the Network.

### The Instant Messaging Service

12.     The Instant Messaging Service (hereinafter "IMS")[4] is a free, publically available instant messaging service that allows Network users to send instant text messages and files to one another. Users may install the IMS on their computer and then obtain a unique IMS username to be able to communicate with other IMS users.

### User "Mookie" on "Website 21"

13.     On March 13, 2013, the user "Mookie" registered an account on "Website 21." From March 13, 2013, through July 26, 2013, the user "Mookie" initiated four threads, made approximately 28 posts, and received 15 private messages. Examples and descriptions of posts by this user are as follows:

14.     On March 13, 2013, the user "Mookie" initiated a thread entitled "Hi! Im into hurtcore / rape / snuff / torture of babies..." Within this thread, the user "Mookie" made a post stating, among other things:

> "...I love hardcore and hurtcore up to and including snuff of girls
> and boys aged 0-9! I also enjoy raping and torturing and snuffing

---

[4] The actual name of the Instant Messaging Service (IMS) is known to law enforcement. Investigation into criminal suspects who used that service sites remains ongoing and disclosure of the name of the service would potentially alert users to the fact that law enforcement is able, with appropriate legal process, to obtain information about accounts on the IMS, potentially provoking users to notify other users of law enforcement action, flee, and/or destroy evidence.

animals. Dogs, cats, rats, any mammal..."

15.   On March 13, 2013 the user "Mookie" initiated a thread entitled "Fisting a toddler." Within this thread, the user "Mookie" made a post stating, among other things:

> "I think another thing that would be hot would be to get a nice tiny 3 - 5 yo girl or boy and over a few weeks or months work thier <sp> ass hole open with fingers and toys". User "Mookie" further described using a sharp knife on the victim to "cut the tissues around the hole" to "allow you to stretch her more".

16.   On March 13, 2013 the user "Mookie" made a post to a thread initiated by another user entitled "Clandestine Hurtcore". The thread discussed carrying out "hurtcore" on kids while avoiding a "one way ticket to prison". The user "Mookie" stated, among other things,

> " Theres an easier way to have no one be the wiser. just snuff them after having your way with them...They definitely wont tell anyone then!".

17.   On March 13, 2013 the user "Mookie" made a post to a thread initiated by another user entitled "Steamed Up". The user "Mookie" stated,

> "Or...acid...a strong Acid dripped on here or squired inside here. watch her burn from the inside out..."

18.   On March 14, 2013 the user "Mookie" made a post to a thread initiated by another user entitled "FRESHMEAT's Newborn and Birthing Thread". The user "Mookie" stated, among other things:

> "Ide like to ass rape a newborn girl right arter she comes out of mommy and is still attached! Hehe."

19. On April 19, 2013 the user "Mookie" made a post to a thread initiated by another user entitled "Babyshi: Gagged & Raped." Among other things, the thread contained a preview image, also referred to as a contact sheet, which contained 16 smaller images which appear to be taken from a video depicting what appeared to be the anal or vaginal penetration of a naked toddler by a naked adult male.[5] The user "Mookie" stated, "This video has always been one of my favorites if not my single most favorite."

20. On May 8, 2013 the user "Mookie" made a post to a thread initiated by another user entitled "3yo having an orgasm." Among other things, the thread contained a preview image, also referred to as a contact sheet, which contained 16 smaller images depicting a prepubescent female being vaginally penetrated by the fingers of what appeared to be an adult's hand. The user "Mookie" stated, "absolutely beautiful."

### User "Mookie" on "Website C"

21. A review of "IMS" accounts contained on "Website C" revealed an account, "IMS username," associated with the name "Mookie." Among other things, this user listed the age range "0-4" under the Girls and Boys section and the following text,

> "Im horny for some rape and abuse and snufff of some babies n toddlers 0-4yo."

22. Users of "Website C" are allowed to enter their IMS accounts more than once. Review of the "IMS username" of "Mookie" revealed a second entry, which contained the following text,

---

[5] These images were reviewed by the Honorable Magistrate A. Kathleen Tomlinson in conjunction with her finding of probable cause for the search warrant described below.

"I love babies, newborns, and toddlers...I also love animals...and with all of them I enjoy rape and torture and hurtcore and snuff."

### Evidence Related to Identification of user Mookie

23. In June 2014, an Administrative subpoena was issued to an electronic communications service provider[6] who provided information that an individual utilized "IMS username" from IP address 24.189.232.150 on March 17, 2014.

24. In July of 2014, an Administrative subpoena was issued to ISP Optimum Online in regards to IP address 24.189.232.150 on March 17, 2014. A review of the results obtained identified the account as returning to an account at the same residence as defendant CHRISTOPHER GRIEF in Ridge, New York.

B.   Search Warrant Execution

25. On September 24, 2014, I and other law enforcement agents executed a search warrant issued by the Honorable Judge Tomlinson on the residence of defendant CHRISTOPHER GRIEF in Ridge, New York. Defendant GRIEF was present and following a waiver of his Miranda rights, he admitted, in sum and substance and in relevant part, that he used the "Mookie" username for the hurt2thecore messageboard on Website 21 and Website C to download and posted child pornography, he identified chat excerpts described above as made by him, and remembered viewing one of the videos described above, he had been looking at child pornography since he was a kid, he had a sexual interest in children aged 0 to 5/6 years' old, he masturbated to this child pornography material, he had been using the Network described above for about a year to post and download child pornography and to chat about torture of children and

---

[6] The name of the electronic communications service provider is known to law enforcement. Investigation into criminal suspects who used the IMS remains ongoing and disclosure of the name of the electronic communications service provider may provoke users to notify other users of law enforcement action, flee, and/or destroy evidence.

animals, he had made a mutilation and torture video where he had abused a rat which might be found on his computer and he also liked to have sex with stuffed animals.

26.     A preliminary search of computer equipment belonging to defendant CHRISTOPHER GRIEF revealed numerous files downloaded by defendant GRIEF which appeared to contain child pornography, including the following videos which are available for review by the Court:[7]

>   a.  The video file "3 year old swallows load.wmv" which shows an adult male engaged in oral sexual contact with a prepubescent child approximately 3 years' old. This video file was saved to defendant GRIEF's hard drive on August 9, 2012; and
>
>   b.  The video file "3 month baby.m4v" which shows an adult male engaged in oral and vaginal sexual contact with a prepubescent infant approximately 3 months' old. This video file was saved to defendant GRIEF's hard drive on April 15, 2014.

WHEREFORE, I respectfully request that the defendant CHRISTOPHER GRIEF be dealt with according to law.

*Danielle Messineo*
Danielle Messineo
Special Agent - FBI

Sworn to before me this
24th day of September, 2014

_____
THE HONORABLE A. KATHLEEN TOMLINSON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

---

[7]     These video files are also available for the Court's review. These video files will hereafter be stored by FBI.