## CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE:** A. Kathleen Tomlinson, U.S.M.J.

**DATE:** 10-1-2014    **TIME:** 2:23 p.m. (17 minutes)

**DOCKET NUMBER:** MJ-14-835-AKT        **TITLE:** USA v. Grief

**DEFT NAME:** Christopher Grief        **DEFT:** #1
_X_ PRESENT ___ NOT PRESENT    _X_ IN CUSTODY ___ ON BAIL

**ATTY. FOR DEFT.:** Tracey Gaffey
_X_ PRESENT     ___ NOT PRESENT
___ C.J.A.    ___ RET   _X_ FED. DEF.

**A.U.S.A.:** Allen Bode       **PRETRIAL OFFICER:** Robert Stehle, present

**COURTROOM DEPUTY:** Mary Ryan

**FTR:** 2:23-2:40

_X_ CASE CALLED. ALL COUNSEL PRESENT.

_x_ CONFERENCE HELD.

___ NEXT STATUS CONFERENCE SCHEDULED FOR __/__/2014 at____
BEFORE DISTRICT JUDGE DENIS R. HURLEY.

___ APPLICATION AND ORDER OF EXCLUDABLE DELAY executed.
Defendant waives speedy indictment from __/__/2014 through __/__/2014.

_X_ DEFT. CONTINUED IN CUSTODY.

_X_ OTHER: Ms. Gaffey reports of incident at jail involving defendant and another inmate. She reports that Mr. Grief has since been transferred to the MDC. Order for mental health evaluation handed up from Ms. Gaffey with no opposition from Goverment, executed.

FILED
CLERK'S OFFICE
COURT E.D.N.Y.
OCT 01 2014 ★
LONG ISLAND OFFICE