NB:ALB
F.# 2014R01552

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 16 2014 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

CHRISTOPHER GRIEF,
   also known as "Mookie,"

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. **14 555**
(T. 18, U.S.C., §§ 2252(a)(2),
2252(a)(4)(B), 2252(b)(1), 2252(b)(2),
2253(a) and 3551 et seq.; T. 21, U.S.C.,
§ 853(p))

BIANCO, J.

LOCKE, M. J.

THE GRAND JURY CHARGES:

COUNTS ONE THROUGH SIX
(Receipt of Child Pornography)

      1.      On or about the dates and times set forth below, within the Eastern District of New York and elsewhere, the defendant CHRISTOPHER GRIEF, also known as "Mookie," did knowingly and intentionally receive one or more visual depictions, to wit: the images depicted in the following computer files:

| COUNT | FILENAME | DATE AND TIME |
|---|---|---|
| ONE | "little baby toy suck cock.3gp" | August 29, 2014, 6:35 A.M. |
| TWO | "464.3gp" | August 29, 2014, 6:36 A.M. |
| THREE | "Torchat_incoming_9ylku9_ejacbathgirl.mp4" | January 14, 2014, 2:55 P.M. |
| FOUR | "Torchat_incoming_cc_fnq_babyeatingcum.avi" | January 3, 2014, 10:38 A.M. |
| FIVE | "Jenny 9yo Zoo 5yo girl dog and.avi" | May 27, 2013, 7:46 A.M. |

| COUNT | FILENAME | DATE AND TIME |
|---|---|---|
| SIX | "2011 9yo beauty pussy.avi" | December 9, 2012, 12:13 A.M. |

using a means and facility of interstate and foreign commerce and which visual depictions had been mailed, and shipped and transported in and affecting interstate and foreign commerce, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct and such visual depictions were of such conduct.

(Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1) and 3551 et seq.)

### COUNT SEVEN
(Possession of Child Pornography)

2.  On or about September 24, 2014, within the Eastern District of New York, the defendant CHRISTOPHER GRIEF, also known as "Mookie," did knowingly and intentionally possess matter containing one or more visual depictions, to wit: images and videos in digital files, in and affecting interstate and foreign commerce, and which visual depictions had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce, and which were produced using materials which had been mailed, and so shipped and transported, the production of such visual depictions having involved the use of one or more minors engaging in sexually   explicit conduct, and such visual depictions were of such conduct.

(Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2) and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION
### AS TO COUNTS ONE THROUGH SEVEN

3.  The United States hereby gives notice to the defendant charged in Counts One through Seven that, upon his conviction of any of the above-charged offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Section

3

2253(a), of (a) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s) of conviction; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s) of conviction or any property traceable to such property, including, but not limited to:

      a.    One generic CPU in a Cooler master case, no serial number, containing three hard drives; and

      b.    One Seagate Free Agent external hard drive, serial number SN2GE62CER.

    4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 2253(a); Title 21, United States Code, Section 853(p))

A TRUE BILL

*[signature]*
FOREPERSON

---

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: *[signature]*
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F. #2014R01552
FORM DBD-34
JUN. 85

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER GRIEF,

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 2252(a)(2), 2252(a)(4)(B), 2252(b)(1), 2252(b)(2), 2253(a) and 3551 et seq.; T. 21, U.S.C., § 853(p))

*A true bill.*

_____
Foreperson

*Filed in open court this _____ day,*

*of _____ A.D. 20 ___*

_____
Clerk

*Bail, $ _____*

*Allen L. Bode, Assistant U.S. Attorney (631) 715-7828*