## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.          DATE: 11/18/2014     TIME: 11:54 p.m.
                                                 TIME IN COURT: 7 minutes

DOCKET NUMBER: CR 14-0555      TITLE: USA v. Christopher Grief

DEFT NAME: Christopher Grief        DEFT: # 1
 X PRESENT    NOT PRESENT      X  IN CUSTODY        ON BAIL

ATTY. FOR DEFT.: Tracey Gaffey
 X PRESENT    NOT PRESENT                    RET       C.J.A.
                                             X FED. DEF. OF NY, INC.

A.U.S.A.: Allen Bode                  DEPUTY CLERK: Jasmine Torres

COURT REPORTER:    P. AUERBACH     E. COMBS      P. LOMBARDI
   H. RAPAPORT     M. STEIGER     D. TURSI    X  O. WICKER
   S. PICOZZI

INTERPRETER:

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  FIRST APPEARANCE OF DEFENDANT.

___  DEFT(S) STATES TRUE NAME TO BE:

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

___  WAIVER OF INDICTMENT EXECUTED.

___  CASE ADJOURNED TO

___  BAIL CONTINUED FOR DEFENDANT.

 X   DEFT. CONTINUED IN CUSTODY.

___  ORDER OF DETENTION ENTERED.

___  BAIL SET AT

___  MOTIONS TO BE FILED BY

___  GOVERNMENT'S RESPONSE DUE

___  REPLY PAPERS, IF ANY, DUE

 X   SPEEDY TRIAL INFORMATION:

**CODE TYPE:** __X-T__   **START DATE:** 11/17/2014 XSTRT
                         **STOP DATE:** 1/8/2015 XSTOP

__X__  NEXT STATUS CONFERENCE SET FOR January 8, 2015 at 1:30 p.m.

___  OTHER:_____

Case 2:14-cr-00555-JS   Document 14   Filed 11/18/14   Page 2 of 2 PageID #: 31