# Federal Defenders
## OF NEW YORK, INC.

Eastern District
Long Island Federal Courthouse
770 Federal Plaza, Central Islip, NY 11722-4422
Tel: (631) 712-6500  Fax: (631) 712-6505

David E. Patton
*Executive Director*

*Long Island*
Randi L. Chavis
Attorney-in-Charge

February 10, 2015

Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
United States Courthouse, Rm. 924
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 18 2015 ★

LONG ISLAND OFFICE

**Re:   United States v. Christopher Grief**
**Criminal Docket Number 14-555 (JFB)**

Dear Judge Bianco:

I represent Christopher Grief of the above-captioned case scheduled for a status conference tomorrow, February 11, 2015. I just spoke with Mr. Grief by telephone from the Metropolitan Detention Center in Brooklyn, He is ask that his appearance be waived due to illness. He was taken to for a follow-up medical appointment[1] and was told he has conjunctivitis. He is not able to wear his contact lenses for a while and cannot see without them. If possible, he would like to waive his appearance tomorrow and has authorized me to waive speedy trial on his behalf if this request is granted.

Respectfully,

Tracey L. Eadie Gaffey, Esq.

cc:   Allen L. Bode, Esq.
      Assistant United States Attorney
      Eastern District of New York

---

[1] Mr. Grief suffered a detached retina as a result of an assault when he was incarcerated at the Nassau County Correctional Center before his transfer to the MDC in Brooklyn. He has had surgery to repair the retina and follow-up visits continue.