<u>CRIMINAL CAUSE FOR STATUS CONFERENCE</u>

<u>BEFORE</u>: Bianco,J.        <u>DATE</u>: 2/26/2015      <u>TIME</u>: 2:00 p.m.
                                            <u>TIME IN COURT</u>: 15 minutes

<u>DOCKET NUMBER</u>: CR 14-0555    <u>TITLE</u>: USA v. Christopher Grief

<u>DEFT NAME</u>: Christopher Grief        <u>DEFT</u>: # 1
___ PRESENT  x  NOT PRESENT      X   IN CUSTODY     ___ ON BAIL

<u>ATTY. FOR DEFT.</u>:Tracey Gaffey
 X  PRESENT   ___ NOT PRESENT              ___ RET    ___ C.J.A.
                                            X  FED. DEF. OF NY, INC.

<u>A.U.S.A.</u>: Allen Bode              <u>DEPUTY CLERK</u>: Jasmine Torres

<u>COURT REPORTER</u>:  ___ P. AUERBACH   ___ E. COMBS   ___ P. LOMBARDI
   ___ H. RAPAPORT   ___ M. STEIGER   ___ D. TURSI    X  O. WICKER
   ___ S. PICOZZI


<u>INTERPRETER</u>: _____

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  FIRST APPEARANCE OF DEFENDANT.

___  DEFT(S) STATES TRUE NAME TO BE: _____

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A
     NOT GUILTY PLEA TO THE <u>INDICTMENT</u>.

___  WAIVER OF INDICTMENT EXECUTED.

___  CASE ADJOURNED TO

___  BAIL CONTINUED FOR DEFENDANT.

 X   DEFT. CONTINUED IN CUSTODY.

___  ORDER OF DETENTION ENTERED.

___  BAIL SET AT  _____

___  MOTIONS TO BE FILED BY _____

___  GOVERNMENT'S RESPONSE DUE _____

___  REPLY PAPERS, IF ANY, DUE _____

 X   SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-T        START DATE: 2/26/2015 XSTRT
                            STOP DATE:  3/31/2015 XSTOP

 X   NEXT STATUS CONFERENCE SET FOR 3/31/15 at 1:30 p.m.

___  OTHER: