## CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE:** Bianco,J.          **DATE:** 6/1/2015      **TIME:** 2:00 p.m.
                                                       **TIME IN COURT:** 15 minutes

**DOCKET NUMBER:** CR 14-0555    **TITLE:** USA v. Christopher Grief

**DEFT NAME:** Christopher Grief        **DEFT:** # 1
 X  PRESENT ___ NOT PRESENT     X  IN CUSTODY  ___ ON BAIL

**ATTY. FOR DEFT.:** Tracey Gaffey
 X  PRESENT  ___ NOT PRESENT                      ___ RET    ___ C.J.A.
                                                  X  FED. DEF. OF NY, INC.

**A.U.S.A.:** Allen Bode            **DEPUTY CLERK:** Michele Savona

**COURT REPORTER:** ___ P. AUERBACH   ___ E. COMBS   ___ P. LOMBARDI
  ___ H. RAPAPORT   ___ M. STEIGER   ___ D. TURSI    X  O. WICKER
  ___ S. PICOZZI

**INTERPRETER:** _____

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  FIRST APPEARANCE OF DEFENDANT.

___  DEFT(S) STATES TRUE NAME TO BE: _____

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

___  WAIVER OF INDICTMENT EXECUTED.

___  CASE ADJOURNED TO

___  BAIL CONTINUED FOR DEFENDANT.

 X   DEFT. CONTINUED IN CUSTODY.

___  ORDER OF DETENTION ENTERED.

___  BAIL SET AT _____

___  MOTIONS TO BE FILED BY _____

___  GOVERNMENT'S RESPONSE DUE _____

___  REPLY PAPERS, IF ANY, DUE _____

 X   SPEEDY TRIAL INFORMATION:
     CODE TYPE: X-_____    START DATE: 6/1/2015 XSTRT
                              STOP DATE: 7/21/2015 XSTOP

 X   NEXT STATUS CONFERENCE SET FOR 7/21/15 at 1:00 p.m.

___  OTHER: