**Federal Defenders**
OF NEW YORK, INC.

Eastern District
Long Island Federal Courthouse
770 Federal Plaza, Central Islip, NY 11722
Tel: (631) 712-6500  Fax: (631) 712-6505

David E. Patton
*Executive Director*

*Long Island*
Randi L. Chavis
*Attorney-in-Charge*

June 2, 2015

Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
United States Courthouse, Rm. 1044
Central Islip, NY 11722

       **Re:   United States v. Christopher Grief**
            **Criminal Docket Number 14-555**

Dear Judge Bianco:

    I represent Christopher Grief on the above-captioned case presently pending before the court. I am submitting a Proposed Order to the court requesting an examination pursuant to 18 U.S.C. § 4241 because I have reasonable cause to believe that Mr. Grief may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  I respectfully ask the court to sign the proposed order.

                Respectfully submitted.

                *Tracey L. Gaffey*

                Tracey L. Gaffey, Esq.

cc:   Allen L. Bode, Esq.
      Assistant United States Attorney
      Eastern District of New York