```
                                              FILED
                                        IN CLERK'S OFFICE
                                     U.S. DISTRICT COURT E.D.N.Y.

UNITED STATES DISTRICT COURT          ★   JUN 03 2015   ★
EASTERN DISTRICT OF NEW YORK
------------------------------X           LONG ISLAND OFFICE

UNITED STATES OF AMERICA       :

          -v-                  :         ORDER
                                         14 CR 555 (JFB)
CHRISTOPHER GRIEF              :

          Defendant
------------------------------X
```

**WHEREAS**, Christopher Grief is the defendant in the above-captioned case;

**WHEREAS**, counsel for Mr. Grief having reason to believe that Mr. Grief may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, has requested a hearing pursuant to 18 U.S.C. §4241(a) it is hereby;

**ORDERED,** that a psychiatric or psychological examination be conducted on the defendant, Christopher Grief to determine whether he may presently be suffering from a mental disease or defect, including mental retardation, autism spectrum disorder, bi-polar disorder and attention deficit/hyperactivity disorder, rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him pursuant to 18 U.S.C. §4241(b);

**IT IS FURTHER ORDERED,** that as the defendant is in the

1

custody of the Attorney General the examination may take place at the defendant's place of incarceration or at another facility within the purview of the Attorney General.

**IT IS FURTHER ORDERED,** that the Bureau of Prisons shall file a psychiatric or psychological report, pursuant to the provisions of 18 U.S.C. 4247(c) with the Court, with copies to Tracey Gaffey, Esq. 770 Federal Plaza, Central Islip, New York 11722 and Assistant United States Attorney Allen L. Bode, 610 Federal Plaza, Central Islip, New York 11722, setting forth *inter alia*, an opinion as to the defendant's competence.

Dated: Central Islip, New York
June, 3 2015

So Ordered:

_____
Honorable Joseph F. Bianco
United States District Judge

2