<u>CRIMINAL CAUSE FOR STATUS CONFERENCE</u>

<u>BEFORE</u>: Bianco,J.          <u>DATE</u>: 7/21/2015          <u>TIME</u>: 12:20 a.m.
                                              <u>TIME IN COURT</u>: 5 minutes

<u>DOCKET NUMBER</u>: CR 14-0555      <u>TITLE</u>: USA v. Christopher Grief

<u>DEFT NAME</u>: Christopher Grief       <u>DEFT</u>: # 1
 X  PRESENT___NOT PRESENT       X   IN CUSTODY       ON BAIL

<u>ATTY. FOR DEFT.</u>:Tracey Gaffey
 X PRESENT    NOT PRESENT                    RET        C.J.A.
                                          X FED. DEF. OF NY, INC.

<u>A.U.S.A.</u>:Allen Bode              <u>DEPUTY CLERK</u>: Lisa Florio

<u>COURT REPORTER</u>:    P. AUERBACH     E. COMBS     P. LOMBARDI
   H. RAPAPORT       M. STEIGER     D. TURSI     O. WICKER
   S. PICOZZI

<u>FTR</u>:12:20-12:25

<u>INTERPRETER</u>:

 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

      FIRST APPEARANCE OF DEFENDANT.

      DEFT(S) STATES TRUE NAME TO BE:

      DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A
      NOT GUILTY PLEA TO THE <u>INDICTMENT</u>.

      WAIVER OF INDICTMENT EXECUTED.

      CASE ADJOURNED TO

      BAIL CONTINUED FOR DEFENDANT.

 X    DEFT. CONTINUED IN CUSTODY.

      ORDER OF DETENTION ENTERED.

      BAIL SET AT

      MOTIONS TO BE FILED BY

      GOVERNMENT'S RESPONSE DUE

      REPLY PAPERS, IF ANY, DUE

**_X_**  SPEEDY TRIAL INFORMATION:
     CODE TYPE:  _X-_          START DATE: _7/21/2015_ XSTRT
                               STOP DATE:  _9/10/2015_ XSTOP

**_X_**  NEXT STATUS CONFERENCE SET FOR _9/10/15 at 1:30 p.m._

___    OTHER:_____