UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK      **F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
-----------------------------------------------------------
UNITED STATES OF AMERICA

★   NOV 06 2015   ★

-v-                                                    WAIVER OF SPEEDY TRIAL

Christopher Grief        LONG ISLAND OFFICE        14 -cr- 0555    (JFB)

-----------------------------------------------------------X

It is hereby stipulated that the time period from 11/6/15 to 12/14/15 be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

[✓]    engagement in continuing plea negotiations;
[ ]    examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A) regarding mental or physical capacity;
[ ]    submission of pretrial motions through hearing or other disposition pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or

[ ]    _____

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court [✗] approves this Speedy Trial Waiver [✗] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: 11/6/15 _____
Central Islip, NY                                    _____
                                                    Joseph F. Bianco, U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____

Defendant # 1: _____        Counsel: _____

Defendant # 2: _____        Counsel: _____

Defendant # 3: _____        Counsel: _____

Defendant # 4: _____        Counsel: _____