

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 06 2016 ★

LONG ISLAND OFFICE

2 May 2016

<u>Waiver of Speedy Trial</u>

I, Christopher R Grief, do agree to waive my rights to a speedy trial under the constitution and speedy trial act from today, the 2nd day of May, 2016, until June 30, 2016. I understand that this time period will be excluded from the speedy trial clock. I am instituting this waiver in order to continue in my research of vital issues, engage in discovery, and negotiate a plea. This waiver is for case 14 CR 555, United States v Christopher Grief.

I declare under penalty of purgery that I am Christopher Grief, the defendant in this case, and that I make this waiver knowingly and voluntarily and that the foregoing is true and correct.

Executed this 2nd day of May, 2016.

Christopher Grief
#85395-053
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232



Christopher Grief
#85395-053
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

✳ Legal Mail ✳

US District Court
Honorable Judge Bianco
100 Federal Plaza
(Central) Islip, NY 11722

✳ Legal Mail ✳

11722443800

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 06 2016 ★
LONG ISLAND OFFICE