# REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
### ATTORNEYS AT LAW
### 200 VANDERBILT MOTOR PARKWAY, SUITE C-17
### HAUPPAUGE, NEW YORK 11788

| | | |
|---|---|---|
| JAMES T. REYNOLDS<br>PETER R. CARONIA, LLC.<br>PAUL GIANELLI<br>ANTHONY M. LA PINTA<br>———<br>MICHAEL E. FEHRINGER<br>BRENDAN M. AHERN | TEL: 631.231.1199<br>FAX: 631.300.4380<br>www.rcgllaw.com | OF COUNSEL:<br><br>JOHN T. CATTERSON<br>CATHERINE E. MILLER<br>CHRISTOPHER J. PURCELL, P.C.<br>DENISE E. SHANLEY |

**FILED VIA ECF**

May 12, 2016

The Honorable Joseph F. Bianco
District Court, E.D.N.Y.
Alfonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, New York  11722

      Re:    **United States v. Christopher Grief**
                    14-CR-555 (JFB)

Your Honor:

      I represent defendant Christopher Grief in the above-referenced matter which is scheduled for a status conference on May 13, 2016 at 1:30pm.

      Kindly accept this request to adjourn this matter to June 30, 2016 or to a date convenient to the court.

      I am currently engaged in the trial of <u>People v. Elvis Castro</u>, Indictment Number 01132B-2015, before Justice Richard Ambro, New York State Supreme Court, Suffolk County.

      Thank you for your prompt attention to this matter.  Please advise me if you are in need of anything further to accommodate this request.

Very truly yours,

*/s/ Anthony M. La Pinta*
ANTHONY M. LA PINTA

AML:vk