

U.S. Department of Justice

United States Attorney
Eastern District of New York

ALB
F. #2014R01552

610 Federal Plaza
Central Islip, New York 11722

June 7, 2017

Via Email

Jesse Seigel, Esq.
Anthony LaPinta, Esq.

    Re:    United States v. Christopher Grief
             Criminal Docket No. 14-555

Dear Sirs:

        Thank you for arranging the meeting yesterday with Dr. Geller and Mr. Mahoney. The government has considered this additional information, however, our position remains the same; we will not agree to a plea to either an obscenity charge or a non-mandatory minimum charge such as possession. As provided in the plea agreement tendered in June 2016, the government requires a plea to Count One of the Indictment which carries a mandatory minimum sentence of 5 years' imprisonment.

        The government further states that it will continue to support the full 3-points for acceptance of responsibility until June 14, 2017. After that date, the government's plea offer expires and the government will begin preparing for trial and will oppose any acceptance points. This constitutes a plea offer that must be communicated to your client promptly. Missouri v. Frye, 132 S. Ct. 1399, 1408 (2012); see also N.Y. Rules of Prof'l Conduct R. 1.4(a)(1)(iii). This proposed plea agreement contains all the terms of the government's plea offer, and it supersedes any prior plea offers that may have been made. If your client rejects the plea offer and is convicted after trial, your client's sentencing exposure under the relevant statutes and Sentencing Guidelines is likely to be higher after trial than if the proposed plea agreement were to be entered.

        If you have any questions or concerns, please do not hesitate to contact us.

        Very truly yours,

        BRIDGET M. ROHDE
        Acting United States Attorney

By:    /s/Allen Bode
        Allen Bode
        Tarsha Phillibert
        Assistant U.S. Attorneys